**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Wagon Trail Ventures, Inc.     v.     Moore Rod & Pipe, LLC

No. 15-1439

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:     Wagon Trail Ventures, Inc.
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant
☑ Appellant      ☐ Appellee       ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Douglas H. Elliott |
| Law firm: | The Elliott Law Firm, PLLC |
| Address: | 6750 West Loop S, Ste 995 |
| City, State and ZIP: | Bellaire, Texas 77401 |
| Telephone: | 832-485-3508 |
| Fax #: | 832-485-3511 |
| E-mail address: | doug@elliottiplaw.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 21, 2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes     ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| April 10, 2015 | /s/ Douglas H. Elliott |
| Date | Signature of pro se or counsel |

cc: Counsel of record

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 4/10/2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Eric M. Adams | /s/ Eric M. Adams |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: The Elliott Law Firm

Address: 6750 West Loop South Suite 995

City, State, ZIP: Bellaire, TX 77401

Telephone Number: 832-485-3510

FAX Number: 832-485-3511

E-mail Address: eric@elliottiplaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.